Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Mariano Lopez Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mariano Lopez Lopez,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, et al.,<br><br>Respondents. | Case No. 2:26-cv-03280-RFB-BNW<br><br>**Motion to Extend Time to File Traverse or Amended 28 U.S.C. § 2241 Petition**<br><br>**(SECOND REQUEST)** |

Petitioner Mariano Lopez Lopez's pro se petition for writ of habeas corpus was filed on October 5, 2026.[1] On October 7, 2026, this Court appointed the Federal Public Defender's Office and ordered Respondents to show cause for Petitioner's detention, to produce certain immigration documents, and state their position on whether Petitioner is a *Jacobo-Ramirez* class member.[2] Respondents filed their Response on October 13, 2026.[3] Undersigned counsel appeared in this case on October 20, 2026.[4] Pursuant to this Court's order, a traverse or amended petition is due to be filed on November 3, 2026 after one extension request.

Undersigned counsel was out of the office for training from October 20 through 22, and is again out of the office for work-related travel and annual leave from November 3 through 6. As a result of this travel and additional deadlines and 2241 case-related meetings, counsel is unable to file the amended petition or traverse by the existing deadline. A different attorney is covering this case while undersigned counsel is out of the office, but was not able to schedule a meeting with Mr. Lopez Lopez before November 6. Accordingly, counsel requires this additional short extension to fully review the case after the meeting with Mr. Lopez Lopez and after returning from leave.

Before filing this motion, counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion and but had not received a response as of the time of this filing.

---

[1] ECF No. 1.

[2] ECF No. 3 at 3–4.

[3] ECF No. 6.

[4] ECF No. 8.

For these reasons, counsel respectfully requests an extension of time of 14 days, making the traverse or reply due November 17, 2026.

Dated: November 3, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: November 4, 2026